IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARRY WILLIAMS, :
    Plaintiff
                                             :
    vs.                              CIVIL NO. 3:CV-07-1044
                                             :
SUPERINTENDENT EDWARD J. :
KLEM, et al.,
    Defendants                :

*O R D E R*

AND NOW, this 2nd day of November, 2010, upon consideration of the report and recommendation of the magistrate judge (doc. 79), filed September 24, 2010, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Defendants Klem and Chipriano's unopposed motion for partial summary judgment is granted.

    3. The Clerk of Court shall enter judgment in favor of defendants Klem and Chipriano and against plaintiff Williams.

    4. This matter is remanded to Magistrate Judge Carlson for further proceedings.

                                                    /s/William W. Caldwell
                                                    William W. Caldwell
                                                    United States District Judge